**Opinion issued August 2, 2022**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-22-00433-CV

———————————

## IN RE ROWAN SERVICES, LLC AND ROWAN COMPANIES, INC., Relators

———————————

### Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

Relators, Rowan Services, LLC and Rowan Companies, Inc., filed a petition

for writ of mandamus challenging the trial court's May 18, 2022 order granting the

motion to compel discovery responses of real party in interest, Stephen Fortune.[1]

---

[1] The underlying case is *Stephen Fortune v. Rowan Services, LLC and Rowan Companies, Inc.*, No. 2020-00964, in the 127th District Court of Harris County, Texas, the Honorable R.K. Sandill presiding.

On July 19, 2022, relators notified the Court that "settlement ha[d] been reached, agreed and bound" in the underlying litigation. Relators further "request[ed] the [p]etition for [w]rit of [m]andamus filed on behalf of [relators] be removed from" the Court's docket. We construe relators' notice as a motion to dismiss their petition for writ of mandamus. Relators' motion does not include a certificate of conference, but more than ten days have passed since relators' motion was filed, and real party in interest has not opposed the relief requested in relators' motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we grant relators' motion and dismiss the petition. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Guerra, and Farris.